IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JACQUELINE MILLER,            )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:26cv370-MHT
                              )          (WO)
UNITED HEALTH CARE and        )
HUMANA HEALTHCARE,            )
                              )
     Defendants.              )

ORDER

Defendant UnitedHealthcare, Inc. filed a motion to dismiss and motion for a more definite statement (Doc. 4) in which it argues that the complaint is vague and ambiguous, is an impermissible shotgun pleading, and, in part, fails to state a claim upon which relief can be granted.  Without expressing any view as to the motions' merits, the court will afford plaintiff an opportunity to cure the purported pleading defects; the court grants plaintiff leave to file an amended complaint, in accordance with Federal Rule of Civil Procedure 15(a)(2).

If plaintiff timely files an amended complaint, the court will deny the motions as moot, without prejudice. If plaintiff does not timely file an amended complaint, plaintiff must file a response to the motions, and the court will decide the motions.

***

Accordingly, it is ORDERED that plaintiff shall file either an amended complaint or a response to the motion to dismiss and motion for a more definite statement (Doc. 4) by June 15, 2026. If plaintiff elects to file a response to the motions, defendants' reply briefs shall be due by June 22, 2026, and the motions shall be set for submission, without oral argument, on that date.

DONE, this the 1st day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2