IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv370-MHT |
| | ) | (WO) |
| UNITED HEALTH CARE and | ) | |
| HUMANA HEALTHCARE, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On June 10, 2026, counsel for plaintiff Jacqueline Miller filed a suggestion of death regarding Miller. The court had previously issued an order instructing Miller to file either an amended complaint or a response to defendant UnitedHealthcare, Inc.'s motion to dismiss (Doc. 4) by June 15, 2026. In light of the suggestion of death, that deadline will be suspended. The court will reset it after a proper party has substituted his or herself for Miller as plaintiff.

Accordingly, it is ORDERED that the June 15, 2026, deadline for plaintiff Jacqueline Miller to file either

an amended complaint or a response to the motion to dismiss and motion for a more definite statement (Doc. 4) is hereby suspended.

DONE, this the 12th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2