IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTH CARE and HUMANA HEALTHCARE,<br><br>Defendants. | ) | CIVIL ACTION NO.<br>2:26cv370-MHT<br>(WO) |

DISMISSAL ORDER AND JUDGMENT

On June 10, 2026, plaintiff's counsel filed a suggestion of death as to plaintiff Jacqueline Miller (Doc. 10). After a status conference with counsel, the court ordered the case "stayed pending substitution of a proper party for plaintiff within 90 days of service of the suggestion of death, pursuant to Federal Rule of Civil Procedure 25(a)." Order (Doc. 13) at 1. In addition, the court warned: "If a motion to substitute is not filed within 90 days of service of the suggestion of death, the case 'must be dismissed.' Fed. R. Civ. P. 25(a)(1)." *Id.*

More than 90 days have passed since the filing of the suggestion of death, but the court has received no motion for substitution of a proper party for the deceased plaintiff. Nor has the court received a motion to extend that time for substitution. The court concludes that this case should be dismissed.

Accordingly, it is ORDERED that:

(1) The stay is lifted.

(2) This case is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE